IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| Spill the Beans, Inc., STB Enterprises, LLE, Roger A. Curtis, Lynda Curtis, Peter Hansen, and David Wilson,<br><br>    Plaintiffs,<br><br>vs.<br><br>SweeTreats, Inc. and Robert Carlton,<br><br>    Defendants. | Civil Action No. 6:06-106-HFF-WMC<br><br>**O R D E R** |

On October 1, 2008, a settlement conference was held before this court. On October 16, 2008, the Honorable Henry F. Floyd, United States District Judge, referred all settlement matters and discovery issues concerning settlement to this court for adjudication. In the settlement conference, the court determined that certain documents regarding the sale of Spill the Beans should be provided to the defendants to facilitate settlement. The plaintiffs provided the transfer documents to the court for *in camera* inspection on October 10, 2008. After reviewing the documents, the court communicated with the parties via email on October 14, 2008, and noted that the court was inclined to have the plaintiffs provide the documents to defense counsel in their unredacted format. Plaintiffs' counsel was instructed to submit any proposed redactions on or before October 16, 2008. No proposed redactions were submitted.

Based upon the foregoing, the plaintiffs are instructed to provide to defense counsel, within two days of this order, a copy of the business transfer documents.[1] Defense counsel may review the documents with their clients but are to safekeep all copies at their office until further order of this court to return or destroy said copies. Further, the court will provide a copy of the transfer documents to the Clerk of Court to be filed under seal. The plaintiffs are preparing a financial statement for *in camera* submission to the court, and an order regarding the financial documents will be forthcoming.

IT IS SO ORDERED.

s/William M. Catoe
United States Magistrate Judge

October 20, 2008

Greenville, South Carolina

---

[1] The documents are to include the following: (1) the Membership Interest Purchase Agreement between John Pruden and Sarah Curtis, with exhibits; (2) First Amendment to Operating Agreement of JP Repair, LLC; (3) Membership Interest Purchase Agreement between the Curtises and STB Enterprises, LLC; (4) Lease Agreement dated September 27, 2006; (5) Sale of Business Agreement between John Pruden and Roger Curtis dated September 28, 2007; (6) Asset Purchase Agreement between the Curtises and John Pruden, dated October 1, 2007, with exhibits; (7) Statement of Roger Curtis; (8) Statement of John Pruden; (9) Spill the Beans, Inc. Consent to Action without Meeting by the Directors & Shareholders, dated October 23, 2007; (10) Articles of Amendment dated October 12, 2007; and (11) Lease Agreement and addendum and exhibits, dated April 28, 2008, between Falls Place, LLC and JP Repair, LLC.